Louis Oscar Toro, Plaintiff, v. Elsa Toro, Respondent. Pasquale Del Riccio, Otherwise Known as Patsy Del Riccio and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

Joseph Anthony and Another, Respondents, v. Harden Church and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Samuel Robinson, Individually and as President of Local Union 125 of the International Union of Operating Engineers, and Another, Appellants, v. Michael Gentile and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Blue Ridge Coal Corporation, Appellant, to Fix and Determine the Liability of the National Surety Company, as Surety on the Bond of Mary Propp, Also Known as Mrs. A. J. Rose, as Administratrix, etc., of Beckie Propp, Deceased. National Surety Corporation, Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of William B. Murray, Appellant, Respondent, against Paul Blanshard, Commissioner of Accounts of the City of New York, and Another, Respondents, Appellants.— Order reversed, with twenty dollars costs and disbursements to the petitioner, appellant, and the motion for a peremptory mandamus order granted. (See *Matter of Fornara* v. *Schroeder*, 261 N. Y. 363; *Matter of Coyne* v. *Murray*, 240 App. Div. 728.) Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frederic L. Thompson, Respondent, v. Horace J. Brookes, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Import Publications, Inc., Appellant, v. Alfred G. McCourt, Adams & Grace Company, a Corporation, Respondents, Impleaded with Another.— Order modified by granting temporary injunction restraining defendant Alfred G. McCourt from representing that he is the owner of any rights in the publication known as the " Custom House Guide " and from representing that the " United States Customs Encyclopedia " is the successor to the " Custom House Guide," upon plaintiff's filing a bond of $250, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frieda Volkman, Respondent, v. Anna Von Sholly, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.